FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 6 2014

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

*Johnny Bailey*

_____

_____
(Enter above the full name of the plaintiff,
or plaintiffs, in this action.)

3:14-cv- 00144 DPM/JTK

V.  Case No.

*Craighead County Detention Center*

_____

_____
(Enter above the full name of the plaintiff,
or plaintiffs, in this action.)

This case assigned to District Judge *MARSHALL*
and to Magistrate Judge *KEARNEY*

I.      Previous Lawsuits

A.  Have you begun other lawsuits in state of federal court dealing with the
same facts involved in this action?

Yes ☐  No ☑

B.  If your answer to A is yes, describe each lawsuit in the space below.
*(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)*

1.  Parties to this lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

2.  Court *(if federal court, name the district; if state court, name the county):* _____

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition *(for example: Was the case dismissed?  Was it appealed?  Is it still pending?):*

_____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: *Craighead   County   Detention Center*
*Jonesboro Arkansas  72401* _____

   A. Is there a prisoner grievance procedure in this institution?

      Yes ☑ No ☐

   B. Did you present the facts relating to complaint in the state prisoner
      grievance procedure?

      Yes ☑ No ☐

   C. If your answer is YES:

      1. What steps did you take? *Wrote request and*
      *Greivance* _____

      _____

      2. What was the result? *Nothing was returned*
      *or no answer was given* _____

      _____

   D. If your answer is NO, explain why not: _____

_____

_____

## III. Parties

(In item A below, place your name in the first blank and place your
Present address in the second blank.  Do the same for additional plaintiffs,
if any.)

A. Name of plaintiff _Johnny Bailey_

Address _901 Willett rd_

_Jonesboro Ark  72401_

(In item B below, place the <u>FULL</u> name of the defendant in the first blank,
His official position in the second blank, and his place of employment in
The third blank.  Use item C for the names, positions, and places of
employment of any additional defendants.)

B. Defendant _Craighead County Denteention_ is employed as

_____ at _____

C. Additional Defendants: _Bret Duncan_

_Matt Hall_

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>FACTS</u> of your case.  Describe how
each defendant is involved.  Include also the names of other persons
involved, dates, and places.  Do not give any legal arguments or cite any
cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  *(Use as much space as
you need.  Attach extra sheet if necessary.)*

I have written request to recieve religious
matirial "Qu'ran" and asked about my opportunity
to practice my religion "Jumah prayer" !! I
have spoken with the Chaplin of the
facility and written a greivance., To

the administion ... I got no answer .. I also wrote a written request to recieve Pork free Meal's .. No response on that either.

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to recieve all of my request answered... And reinbursted for the suffering I have been through... And the hardship's I am going through.... Also, that adiquite material be provided

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __6ᵗʰ__ day of __June__, 20__14__.

_____

*Signature (s) of Plaintiff (s)*