## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JOHNNY BAILEY                                                     PLAINTIFF

v.                      3:14CV00144-DPM-JTK

CRAIGHEAD COUNTY DETENTION
CENTER, et al.                                            DEFENDANTS

### **ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 7) in accordance with the Court's July 22, 2014 Order (Doc. No. 6). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendant Matt Hall. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Matt Hall. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 7) and summons on Defendant Hall without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 30th day of July, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).