IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY BAILEY     PLAINTIFF

v.     No. 3:14-cv-144-DPM-JTK

CRAIGHEAD COUNTY DETENTION CENTER;
BRET DUNCAN; and MATT HALL     DEFENDANTS

ORDER

Opposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b)(3). Craighead County Detention Center and Bret Duncan are dismissed without prejudice as defendants.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 September 2014