IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY BAILEY                                                              PLAINTIFF

v.                              No. 3:14-cv-144-DPM

MATT HALL                                                                  DEFENDANT

ORDER

On *de novo* review, the Court adopts the supplemental recommendation, № 44, and overrules Bailey's previous objections, № 42. Hall's motion for summary judgment, № 31, is granted. Bailey's free-exercise claim against Hall will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2015