IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHNNY BAILEY**                                                                                    PLAINTIFF

v.                              No. 3:14-cv-144-DPM

**CRAIGHEAD COUNTY DETENTION CENTER;**
**BRET DUNCAN; and MATT HALL**                                                DEFENDANTS

## JUDGMENT

1. Bailey's claims against Duncan and Craighead County Detention Center are dismissed without prejudice for failure to state a claim.

2. Bailey's claims about conditions of confinement and preparing and blessing his meals are dismissed without prejudice for failure to exhaust.

3. Bailey's free-exercise claim against Hall is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2015